**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
REUBEN AVENT,

                           Plaintiff,

               -against-

STATE FARM INSURANCE COMPANY,
*et al.,*

                        Defendants.
-------------------------------------------------------------------------X

                              **26 Civ. 3817 (PAE) (GS)**

                                    __ORDER__

**GARY STEIN, United States Magistrate Judge:**

      This action was initiated on May 5, 2026.  Accordingly, the deadline for Plaintiff to complete service under Fed. R. Civ. P. 4(m) is August 3, 2026.  Although Plaintiff is proceeding *pro se*, he must effect service of process himself because he is not proceeding *in forma pauperis*.  The Court warns Plaintiff that failure to serve defendants in the time required may result in dismissal of the action.

      **SO ORDERED.**

DATED:     New York, New York
            July 1, 2026

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge